# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN FERGUSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DEBORAH PAI D/B/A LIQUORAMA MARKET; and DOES 1 through 10,<br><br>    Defendants. | Case No.: CV 18-4270-DMG (PLAx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION [28]** |

Based on the parties' stipulation and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice, in its entirety. The Order to Show Cause dated December 14, 2018 [Doc. # 23] is DISCHARGED.

DATED: December 27, 2018

                                                    DOLLY M. GEE
                                                  UNITED STATES DISTRICT JUDGE